IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD LEE POLLARD,

    Plaintiff,                      CV F 01 6078 OWW WMW P

    vs.                               ORDER RE: FINDINGS & RECOMMENDATIONS (#17)

WACKENHUT CORRECTIONAL CORP., et al.,

    Defendants.

       Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On September 14, 2006, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff failed to file objections. On October 18, 2006, Plaintiff filed a motion for summary judgment.

       The Magistrate Judge recommended dismissal of this action for failure to state a claim upon which relief could be granted. Specifically, the Magistrate Judge recommended that

1  a Bivens claim be precluded where Congress has provided an alternative remedy. Correctional
2  Services Corporation v. Malesko, 534 U.S. 61, 68-69 (2001)(declining to infer a constitutional
3  tort remedy against a private corporation.); Libas Ltd. v. Carrillo, 329 F.3d 1128, 1130 (9th Cir.
4  2003)(precluding Bivens claims where Congress has provided an alternative remedy).

5  Plaintiff does not challenge the Magistrate Judge's reasoning. Plaintiff argues that
6  this matter should be construed as a Federal Tort Claims Act case, and that judgment should be
7  entered in his favor. Plaintiff attaches to his motion a claim form indicating that he filed a claim
8  with the Bureau of Prisons on September 26, 2006. Plaintiff's motion does not comply with the
9  procedural requirements for a motion for summary judgment. Plaintiff offers no legal argument,
10 and provides no evidence that shows that he would prevail on the merits of this action.

11  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule
12 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the
13 entire file, the court finds the findings and recommendations to be supported by the record and
14 proper analysis.

15  Accordingly, THE COURT HEREBY ORDERS that:
16  1. The Findings and Recommendations issued by the Magistrate Judge on
17 September 14, 2006, are adopted in full; and
18  2. This action is dismissed for failure to state a claim upon which relief can be
19 granted. The Clerk is directed to close this case.

24 IT IS SO ORDERED.

25 **Dated:   June 7, 2007**                      **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE