UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD LEE POLLARD, | ) | 1:01-06078-OWW-GSA-PC |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S MOTION TO VACATE DISMISSAL AS MOOT |
| vs. | ) ) |  |
| WACKENHUT CORRECTIONAL CORP., et al., | ) ) ) | (Doc. 23.) |
| Defendants. | ) ) |  |

This is a civil action for damages which was dismissed by the Court on June 7, 2007. On June 14, 2007, Plaintiff filed a motion to vacate the dismissal for the limited purpose of noting Plaintiff's objections to the Magistrate's findings and recommendation entered on September 14, 2006. (Doc. 23.)

**I.      BACKGROUND**

This case proceeded on Plaintiff's First Amended Complaint filed on April 18, 2002. (Doc. 11.) Plaintiff brought this civil rights action under <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), against individual defendants employed by Wackenhut Correctional Corporation at the Federal Correctional Institution at Taft, for certain conditions of his confinement.  On September 14, 2006, the Magistrate entered findings and recommendations, recommending that Plaintiff's case be dismissed for failure to state a claim. (Doc. 17.) Plaintiff did not file objections to the findings and recommendations. On June 7, 2007, the District Judge adopted the Magistrate's findings and recommendations and dismissed the action. (Doc. 20.)

## II. MOTION TO VACATE DISMISSAL FOR LIMITED PURPOSE

Plaintiff argues that the Court should vacate the dismissal of this action for the limited purpose of noting Plaintiff's good-faith effort to file objections to the Magistrate's findings and recommendations, to assure that his right to appeal is preserved. Plaintiff was advised in the findings and recommendations that, under Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991), "failure to file objections within the specified time may waive the right to appeal the District Court's order." (Findings & Recommendations, Doc. 17 at 3:1-3.)

At this stage of the proceedings, Plaintiff's motion to vacate the dismissal is moot. On June 19, 2007, Plaintiff appealed the district court's order dismissing this action to the Ninth Circuit. (Doc. 27.) On June 7, 2010, the Ninth Circuit reversed the district court's decision and remanded the case to the district court for further proceedings. (Doc. 31.) In its June 7, 2010 order, the Ninth Circuit declined to dismiss the appeal for Plaintiff's failure to file objections to the Magistrate's findings and recommendations. (Id. at 8 ¶[2].) On December 10, 2010, the Ninth Circuit amended its June 7, 2010 order but did not change its ruling declining to dismiss the appeal. (Doc. 36.) In light of the Ninth Circuit's decision, Plaintiff's motion to vacate the dismissal of this action to enable him to preserve his right to appeal, is moot.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion to vacate the dismissal of this action, filed on June 14, 2007, is DENIED as moot.

IT IS SO ORDERED.

**Dated:   January 25, 2011**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2